PD-1596-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/17/2015 3:14:04 PM
Accepted 8/18/2015 9:45:53 AM
ABEL ACOSTA
CLERK



**CANTEY HANGER** LLP

ATTORNEYS

JOHN S. POLZER
DIRECT: 817.877.2870
EMAIL: jpolzer@canteyhanger.com
www.canteyhanger.com

CANTEY HANGER PLAZA
600 WEST 6TH STREET, SUITE 300
FORT WORTH, TEXAS 76102-3685
MAIN: 817.877.2800
FAX: 817.877.2807

August 17, 2015

**VIA ELECTRONIC SERVICE**

Abel Acosta
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

     Re:    Cause No. PD-1596-14; *Roger Liverman and Aaron Liverman v. The State of Texas*; in the Court of Criminal Appeals of Texas

Dear Mr. Acosta:

On August 14, 2015 a Brief of Amicus Curiae of the Texas Construction Association was filed in Cause Nos. PD-1595-14 and PD-1596-14. It incorrectly stated that a conference had occurred with counsel for the Appellee. The Amicus Curiae seeks to file an amended brief. This amended brief corrects the error by eliminating the paragraph in its entirely. No other change has been made. This amendment is made under Rule 38.7 of the Texas Rules of Appellate Procedure as justice requires.

               Sincerely,

               /s/ John S. Polzer

               John S. Polzer

JSP:kag
Enclosure

cc:      (with enclosure)

Matthew J Kita                                          VIA E-SERVICE at matt@mattkita.com
P.O. Box 5110
Dallas, TX 75208
        *Counsel for Appellants*

Lara Tomlin                                            VIA E-SERVICE at Lara.tomlin@dentoncounty.com
Denton County Assistant District Attorney
1450 East McKinney Avenue
Denton, TX 76209
        *Counsel for Appellee*

Chris Brown – Firm